Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
Email: ryanballardlaw@gmail.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| ZONIA ORTEGA,<br><br>        Plaintiff,<br>vs.<br><br>COLLECTION BUREAU INC.,<br><br>        Defendant. | Case No. 16-cv-404<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    COMES NOW, the above entitled parties, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice.

    DATED: this _18_, day of November, 2016

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

_____
Jordan S. Ipsen, Attorney for Defendant

DATED: this __17th__, day of November, 2016

_____
Barkley B. Smith, Attorney for Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, the foregoing was emailed to counsel for Defendant at the following:

Jordan S. Ipsen
Skyi@mlclarklaw.com

/s/ Barkley Smith
Barkley B. Smith
Barkley Smith Law, PLLC

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3