UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZONIA ORTEGA,<br><br>                Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU, INC.,<br><br>                Defendant. | Case No. 1:16-cv-00404-CWD<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE (Dkt. 10)** |

    The Court, having considered the parties' Stipulation for Dismissal with Prejudice (Dkt. 10) and finding good cause therefor, will APPROVE the Stipulation. The case is hereby dismissed with prejudice and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: **November 22, 2016**

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE - 1**